FRANCES A. DRILLING, Respondent, *v.* NEW YORK LIFE INSURANCE COMPANY, Appellant.

(Submitted January 29, 1923; decided February 2, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 234 N. Y. 234.)